**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD REZA KARIMI,<br><br>                                    Petitioner,<br><br>     v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>                                    Respondents. | Case No. 26-cv-02539-BAS-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Mohammad Reza Karimi filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  The Court held a hearing on the Petition.  (ECF No. 7.)

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future.  Accordingly, the Court issues the following writ:

//

//

//

- 1 -

26cv2539

The Court **ORDERS** Respondents to immediately release Mohammad Reza Karimi (A# 059-087-198) from custody on the same terms and conditions as he was originally released in 2016.  If the Department of Homeland Security ("DHS") believes circumstances have changed since his original release, then DHS must provide notice for changing the conditions of his release and an opportunity for Mr. Karimi to be heard.  DHS is ordered not to remove Mr. Karimi to a third country without 10 days' notice to Petitioner and his attorney and a reasonable opportunity for them to be heard.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: May 1, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2539